ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 0 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, #05081644, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-081-B |
| | ) | ECF |
| DALLAS COUNTY, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motions for a TRO and/or preliminary injunction (docket # 16 and #17) be denied without prejudice to Plaintiff seeking leave to amend the complaint in No. 3:06cv0143-K.

IT IS FURTHER ORDERED that Plaintiff's motion for clarification of court filing fee order (first attachment to docket #16) be filed in 3:06cv0081-B and that Plaintiff's motion for production and inspection of emergency room discharge (second attachment to docket #16) be filed in 3:06cv0081-B.

SO ORDERED this 20 day of April, 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE