ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| LAKEITH AMIR-SHARIF, #05081644, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-0081-B |
| ) | ECF |
| DALLAS COUNTY, et al., ) | |
|    Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Plaintiff's motions to appoint counsel, for clarification of court filing fee order, for production and inspection, to compel, and for temporary restraining and permanent injunction. (Docket # 14, 27, 28, 33, and 35).

SO ORDERED this 1st day of Sept., 2006.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE