UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, #05081644, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3: 06-CV-0081-B |
| | § | |
| DALLAS COUNTY, et al., | § | |
| | § | |
| Defendants. | § | |

### AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case on July 11, 2006. Plaintiff filed objections on August 25, 2006, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Plaintiff's motions to appoint counsel, for clarification of court filing fee order, for production and inspection, to compel, and for temporary restraining and permanent injunction. (Docket # 14, 27, 28, 33, and 35).

SO ORDERED this 6th day of October 2006.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE